IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02067-CMA-MEH

TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA,

    Plaintiff,

v.

DARLENE M. POINTER,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 19, 2008.**

    Plaintiff's Unopposed Motion to Vacate Rule 16(b) Scheduling Conference [filed November 17, 2008; docket #12] is **granted in part and denied in part**. The Scheduling Conference set in this matter for November 24, 2008, at 9:30 a.m. is hereby **converted** to a Status Conference. The parties are directed to appear before the Court in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.