**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02067-CMA-MEH

TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA,

    Plaintiff,

v.

DARLENE M. POINTER,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss (Doc. # 26). The Court, having reviewed the file and being fully advised in the premises, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

DATED: March __10__, 2009

                                                BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge